NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE FRANCIS BLANCHE, MICHEL COUDER, NICOLAS MAESTRALI, THIERRY GUILLEMIN AND DAVID GAILLIC

---

2011-1580
(Serial No. 11/582,427)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The appellants move to withdraw and dismiss the present appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__DEC 0 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew J. Dowd, Esq.
Raymond T. Chen, Esq.

s21

Issued As A Mandate: __DEC 0 6 2011__

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 0 6 2011

**JAN HORBALY**
**CLERK**